```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 02377
   STEPHANIE M NELSON
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2841


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/26/2005 and was confirmed 03/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  70.44% from remaining funds.

     The case was paid in full 01/28/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
NUVELL CREDIT CO LLC       SECURED            5915.00        406.96       5915.00
NUVELL CREDIT CO LLC       UNSECURED          4987.94           .00       3513.50
SILVERLEAF RESORTS INC     SECURED NOT I      7418.00           .00           .00
SILVERLEAF RESORTS INC     UNSECURED              .00           .00           .00
CITY OF CHICAGO PARKING    UNSECURED OTH       210.00           .00        147.93
FIRST CONSUMERS            UNSECURED        NOT FILED           .00           .00
PREMIER BANCARD CHARTER    UNSECURED           259.19           .00        182.57
FIRST CONSUMERS NATIONAL   UNSECURED        NOT FILED           .00           .00
ORCHARD BANK               UNSECURED        NOT FILED           .00           .00
SPRINT PCS                 UNSECURED        NOT FILED           .00           .00
UIC PHYSICIANS GROUP       UNSECURED        NOT FILED           .00           .00
VERIZON WIRELESS           UNSECURED           139.23           .00         98.07
ECAST SETTLEMENT CORP      UNSECURED          1346.61           .00        948.55
LEGAL HELPERS PC           DEBTOR ATTY       2,400.00                     2,400.00
TOM VAUGHN                 TRUSTEE                                          787.42
DEBTOR REFUND              REFUND                                            22.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   14,422.00

PRIORITY                                                  .00
SECURED                                              5,915.00
     INTEREST                                          406.96
UNSECURED                                            4,890.62
ADMINISTRATIVE                                       2,400.00
TRUSTEE COMPENSATION                                   787.42
DEBTOR REFUND                                           22.00
                         ---------------       ---------------
TOTALS                    14,422.00                 14,422.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 02377 STEPHANIE M NELSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE